UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED

MAY 09 2005

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. ) |
| KAREN MOORE BOWEN a/k/a KAREN M. MOORE, | ) 1:05CV00074HEA ) ) |
| Defendant. | ) ) |

## COMPLAINT

Comes now the Plaintiff, United States of America, by James G. Martin, United States Attorney for the Eastern District of Missouri, and Deborah L. Golemon, Assistant United States Attorney for said District, and for its cause of action alleges:

1. This is an action of a civil nature brought by the United States of America and this Court has jurisdiction pursuant to 28 U.S.C. Section 1345.

2. Defendant resides in Poplar Bluff, Butler County, Missouri, within the jurisdiction of this Court.

3. On or about April 19, 1984, defendant Karen Moore Bowen a/k/a Karen M. Moore, and her now deceased husband, Roy M. Moore, executed and delivered to the plaintiff a promissory note in the amount of $192,300.00. A copy of said promissory note is attached as Exhibit A.

4. On February 21, 1986, a Chapter 11 bankruptcy plan in Case No. 85-00071 filed in the Eastern District of Missouri was confirmed which "crammed down" the promissory note set out above in paragraph 3 to $110,000.00. Copies of the amended plan of reorganization, order

confirming plan, and discharge are attached hereto as Exhibits B, C and D.

5. On August 15, 1998, Roy M. Moore died.

6. Defendant Karen Bowen Moore a/k/a Karen M. Moore has failed and has refused to comply with the terms of the promissory note, and said debt is now in default. The full amount of the indebtedness has been declared due and payable and has not been paid.

7. After applying any and all credits, defendant is indebted to the plaintiff on the aforementioned promissory note in the amount of $138,389.63 as of February 21, 2005, as is more fully shown on the Certificate of Indebtedness which is attached hereto, marked Exhibit E, and the contents incorporated herein by reference. Interest is continuing to accrue on said debt at the rate of 7.5% per annum.

WHEREFORE, plaintiff, United States of America, demands judgment against the defendant, Karen Moore Bowen a/k/a Karen M. Moore, for the sum of $138,389.63 plus interest on the principal amount of $105,362.50 from February 21, 2005 until the date of judgment at the rate of 7.5% per annum, plus post-judgment interest as allowed by law, together with costs of this action.

JAMES G. MARTIN
United States Attorney

/s/ Deborah L. Golemon
DEBORAH L. GOLEMON   #92591
Assistant United States Attorney
111 S. 10th Street, Suite 20.333
St. Louis, Missouri 63102
(314) 539-2200